```
 1  Rod D. Margo (State Bar No.: 97706)
    Frank A. Silane (State Bar No. 90940)
 2  Jeffrey D. Wolf (State Bar No.: 204548)
    CONDON & FORSYTH LLP
 3  1901 Avenue of the Stars, Suite 850
    Los Angeles, California 90067-6010
 4  Telephone: (310) 557-2030
    Facsimile:  (310) 557-1299
 5
    Attorneys for Defendant
 6  CATHAY PACIFIC AIRWAYS, LTD.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIBEKANAND SATPATHY, dba AMADORE ENTERTAINMENT<br><br>Plaintiff,<br><br>vs.<br><br>CATHAY PACIFIC AIRWAYS, LTD., COVENANT AVIATION SECURITY, LLC, TRANSPORTATION SECURITY ADMINISTRATION, CITY AND COUNTY OF SAN FRANCISCO, THAI AIRWAYS INTERNATIONAL, LTD. and DOES 1 to 50,<br><br>Defendant. | Case No. C 04 5334 CW<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE TO DATE OF HEARING OF MOTION FOR SUMMARY JUDGMENT |

WHEREAS, this Court initially scheduled both the hearing on Warsaw Convention motions for summary judgment and the case management conference for August 19, 2005;

WHEREAS, pursuant to stipulation of all parties, the Court continued the hearing on the Warsaw Convention motions for summary judgment from August 19, 2005 to September 9, 2005;

WHEREAS, the parties request a continuance of the case management to

September 9, 2005, so that it may be conducted the same day as the hearing on the motions for summary judgment to save unnecessary court time and expense of the parties;

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the Court continue the case management conference from August 19, 2005 to September 9, 2005 at 10:00 a.m.

Dated: August 4, 2005

THE LAW OFFICES OF DAWSON G. CRAWFORD

By: ______________________
DAWSON G. CRAWFORD
Attorneys for Plaintiff
BIBEKANAND SATAPATHY, DBA AMADORE ENTERTAINMENT

Dated: August 4, 2005

CONDON & FORSYTH LLP

By: ______________________
ROD D. MARGO
FRANK A. SILANE
JEFFREY D. WOLF
Attorneys for Defendant
CATHAY PACIFIC AIRWAYS LIMITED

Dated: August , 2005

OHASHI & PRIVER

By: ______________________
MARK S. PRIVER
Attorneys for Defendant
THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY LIMITED

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

September 9, 2005, so that it may be conducted the same day as the hearing on the motions for summary judgment to save unnecessary court time and expense of the parties;

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the Court continue the case management conference from August 19, 2005 to September 9, 2005 at 10:00 a.m.

Dated: August   , 2005

THE LAW OFFICES OF DAWSON G. CRAWFORD

By:_____
DAWSON G. CRAWFORD
Attorneys for Plaintiff
BIBEKANAND SATAPATHY,
DBA AMADORE
ENTERTAINMENT

Dated: August 4, 2005

CONDON & FORSYTH LLP

By:_____
ROD D. MARGO
FRANK A. SILANE
JEFFREY D. WOLF
Attorneys for Defendant
CATHAY PACIFIC AIRWAYS
LIMITED

Dated: August 5, 2005

OHASHI & PRIVER

By:_____
MARK S. PRIVER
Attorneys for Defendant
THAI AIRWAYS
INTERNATIONAL PUBLIC
COMPANY LIMITED

-2-

STIPULATION AND [PROPOSED] ORDER REGARDING
CASE MANAGEMENT CONFERENCE

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1 | Dated: August 5, 2005      CODDINGTON, HICKS & DANFORTH

By: _____
RANDOLPH S. HICKS
RICHARD G. GROTCH
Attorneys for Defendant
COVENANT AVIATION SECURITY, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/10/05

_____
HONORABLE CLAUDIA WILKEN
U.S. DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Claudia Wilken*
(United States District Court, Northern District of California seal)

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-3-

STIPULATION AND [PROPOSED] ORDER REGARDING
CASE MANAGEMENT CONFERENCE

# PROOF OF SERVICE

**STATE OF CALIFORNIA COUNTY OF LOS ANGELES**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 850, Los Angeles, California 90067-6010. On August 8th, 2005, I served the within documents:

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE TO DATE OF HEARING OF MOTION FOR SUMMARY JUDGMENT

☐ **(By Facsimile):** I caused the above-referenced document(s) to be transmitted by facsimile machine to the person(s) at the address(es) set forth below

☒ **(By Mail):** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

☐ **(By Personal Service):** I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set forth below.

☐ **(By Overnight Courier):** I caused the above-referenced document(s) to be delivered by an overnight courier service to the person(s) at the address(es) set forth below.

SEE ATTACHED SERVICE LIST

**(Federal):** I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 8th, 2005, at , California.

_____
Donna A. Jacobs

# SERVICE LIST

Dawson G. Crawford, Esq.
The Law Offices of Dawson G. Crawford
237 Almendra Avenue
Los Gatos, California 95030
Telephone: (408) 395-9898


Mark Priver, Esq.
Ohashi & Priver
140 South Lake Avenue, Suite 208
Pasadena, California 91101


Randolph S. Hicks, Esq.
Douglas Colt, Esq.
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065