1  Kevin R. Sutherland (State Bar No.: 163746)
   CONDON & FORSYTH LLP
2  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067-6010
3  Telephone: (310) 557-2030
   Facsimile:  (310) 557-1299
4  E-mail: ksutherland@condonlaw.com

5  Attorneys for Defendant
   THAI AIRWAYS INTERNATIONAL PUBLIC CO. LTD.

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  BIBEKANAND SATPATHY, d.b.a.     )   Case No. 04-CV-05334 CW
    AMADORE ENTERTAINMENT,          )
12                                  )   SUBSTITUTION OF ATTORNEY
              Plaintiff,            )
13                                  )
       vs.                          )
14                                  )
    CATHAY PACIFIC AIRWAYS, LTD.,   )
15  COVENANT AVIATION SECURITY,     )
    LLC, TRANSPORTATION SECURITY    )
16  ADMINISTRATION, CITY AND        )
    COUNTY OF SAN FRANCISCO,        )
17  THAI AIRWAYS INTERNATIONAL,     )
    LTD., and DOES 1 to 50,         )
18                                  )
              Defendants.           )
19  _____ )

20

21        Defendant Thai Airways International Public Co. Ltd. hereby substitutes

22  Kevin R. Sutherland of Condon & Forsyth LLP, as retained counsel of record in

23  this matter in the place and stead of Mark S. Priver of Ohashi & Priver.  Mr.

24  Sutherland's State Bar No. is 163746; his office is located at 1901 Avenue of the

25  Stars, Suite 850, Los Angeles, California 90067; his telephone number is (310)

26  557-2030; and his facsimile number is (310) 557-1299.

27  / /

28  / /

1 | Thai Airways International Public Co. Ltd. hereby consents to this substitution.

2

3 | Dated: July 21, 2005          By: _____

4 |                              Name: KHUN MANIT CHAISUKUMARA
                                 Title: GENERAL MANAGER
5 |                                     THAI AIRWAYS INTERNATIONAL
                                       PUBLIC CO. LTD.
6

7

8 | I consent to the above substitution.

9

10 | Dated: July_____, 2005       OHASHI & PRIVER

11

12

13 |                              By: _____
                                     MARK S. PRIVER
14

15

16

17 | I am duly admitted to practice in this District and accept this substitution.

18

19 | Dated: July _____, 2005      CONDON & FORSYTH LLP

20

21

22 |                              By: _____
                                     KEVIN R. SUTHERLAND
23

24 | This substitution of attorney is hereby approved.

25 | IT IS SO ORDERED.

26

27 | Dated: _____, 2005      _____

28 |                              UNITED STATES DISTRICT JUDGE
                                 HON. CLAUDIA WILKEN

-2-

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1  Thai Airways International Public Co. Ltd. hereby consents to this substitution.

2

3  Dated: July _____, 2005          By: _____
                                    Name: KHUN MANIT CHAISUKUMARA
4                                   Title:  GENERAL MANAGER
5                                           THAI AIRWAYS INTERNATIONAL
6                                           PUBLIC CO. LTD.

7

8  I consent to the above substitution.

9

10  Dated: ~~July~~ aug 8, 2005        OHASHI & PRIVER

11

12                                   By: _____
13                                        MARK S. PRIVER

14

15

16

17  I am duly admitted to practice in this District and accept this substitution.

18

19  Dated: ~~July~~ August 11 _____, 2005   CONDON & FORSYTH LLP

20

21                                   By: _____
22                                        KEVIN R. SUTHERLAND

23

24  This substitution of attorney is hereby approved.

25  IT IS SO ORDERED.

26                                        /s/ CLAUDIA WILKEN

27  Dated: ___8/23___, 2005          _____
                                     UNITED STATES DISTRICT JUDGE
28                                     HON. CLAUDIA WILKEN

                                          -2-

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030