L-102
Dawson G. Crawford, #178373
**THE LAW OFFICES OF DAWSON G. CRAWFORD**
237 Almendra Ave
Los Gatos, California 95030
(408) 395-9898

Attorneys for Plaintiff Bibekanand Satpathy, dba Amadore Entertainment

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| BIBEKANAND SATPATHY, d.b.a. AMADORE ENTERTAINMENT,<br><br>Plaintiff,<br>vs.<br>CATHAY PACIFIC AIRWAYS, LTD., COVENANT AVIATION SECURITY, LLC, TRANSPORTATION SECURITY ADMINISTRATION, CITY AND COUNTY OF SAN FRANCISCO, THAI AIRWAYS INTERNATIONAL, LTD., and DOES 1 to 50,<br><br>Defendants, | Case No. C 04 5334 CW (ARB)<br><br>**STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF DEFENDANT COVENANT AVIATION SECURITY, LLC** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Bibekanand Satpathy, dba Amadore Entertainment, and Defendant COVENANT AVIATION SECURITY, LLC, hereby STIPULATE to a voluntary dismissal of defendant COVENANT AVIATION SECURITY, LLC from the above-captioned action.

The parties each agree to bear their respective costs and attorney's fees with respect to this matter.

Date: November 29, 2005

/s/ Satpathy
Bibekanand Satpathy, dba
Amadore Entertainment

*STIPULATION RE VOLUNTARY DISMISSAL OF DEFENDANT COVENANT AVIATION SECURITY, LLC*

1

| | |
|---|---|
| 1 | |
| 2 | Law Offices of<br>Dawson G. Crawford |
| 3 | |
| 4 | Date: 11-24-05 |
| 5 | _____<br>Dawson G. Crawford, Esq.<br>Attorney for Amadore Entertainment |
| 6 | |
| 7 | |
| 8 | Coddington, Hicks & Danforth |
| 9 | Date: 12-7-05 |
| 10 | _____<br>Randolph S. Hicks, Esq.<br>Attorney for Covenant Aviation Security, LLC |
| 11 | |
| 12 | IT IS SO ORDERED. |
| 13 | |
| 14 | Date: 1/9/06 |
| 15 | /s/ CLAUDIA WILKEN<br>_____<br>UNITED STATES DISTRICT COURT JUDGE |

*STIPULATION RE VOLUNTARY DISMISSAL OF DEFENDANT COVENANT AVIATION SECURITY, LLC*

2